# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUAN MANUEL VELOZ, et al., <br><br> Defendants. | Case No.: 1:10-cv-00761 LJO JLT <br><br> ORDER AUTHORIZING PLAINTIFF TO APPEAR BY TELEPHONE AT THE SETTLEMENT CONFERENCE |

On March 7, 2012, the Court issued a minute order continuing the settlement conference based upon the unavailability of key personnel for Plaintiff. (Doc. 34)  By that time, the Court had been informed that Plaintiff had attempted contact with Mr. Veloz several times to discuss settlement of the matter but he had not returned the messages.  Therefore, the Court ordered Mr. Veloz to return the calls placed by Plaintiff to discuss settlement options.  Id.

The Court ordered the parties to lodge settlement conference statements no later than April 16, 2012, in advance of the April 26, 2012 continued settlement conference date. Doc. 34.  Though Plaintiff has complied, Mr. Veloz has not.  Moreover, the Court has been advised that Mr. Veloz has not returned Plaintiff's calls—despite repeated efforts by Plaintiff to reach him—and, therefore, the parties have not had any current settlement discussions.

Because the Court has no assurance that Mr. Veloz will appear at the settlement conference, Plaintiff and its counsel are relieved of their obligation to appear in person at the conference.  Instead,

1

they are permitted to appear by telephone provided they alert the Court of their intention to do so via email to JLTOrders@caed.uscourts.gov, no later than April 23, 2012.  At that time, counsel SHALL provide a telephone number he may be reached.  Plaintiff SHALL remain available to counsel and the Court by telephone throughout the settlement conference in order to contribute to settlement discussions.

**Mr. Veloz is advised that his failure to appear at the settlement conference on April 26, 2012 at 10:00 a.m. SHALL result in a recommendation that his answer be stricken and default judgment be entered against him.**

IT IS SO ORDERED.

Dated:   **April 17, 2012**              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE