IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>JUAN MANUEL VELOZ et al., <br><br>　　　　　Defendants. | Case No.: 1:10-cv-00761 LJO JLT <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS STRIKING DEFENDANT'S ANSWER AND ENTERING DEFAULT <br><br> (Doc. 37) |

　　　　On April 27, 2012, the Magistrate Judge recommended the answer of defendant Juan Veloz ("Defendant") be stricken, and default be entered. (Doc. 34). The Magistrate Judge noted Defendant had been warned that such a recommendation would result if Defendant failed to appear at the settlement conference scheduled for April 26, 2012. (Id. at 2) (citing Doc. 35 at 2). Further, the Magistrate Judge noted the Court's orders were returned as undeliverable, and Defendant failed to provide an updated address with the Court. (Id.) Given the Court's inability to communicate with Defendant, the Magistrate Judge determined no lesser sanction against Defendant was feasible.

　　　　The Findings and Recommendations contained a notice that any objections were to be filed within fourteen days of service, or by May 11, 2012. (Doc. 37 at 4). The parties were advised failure to file timely objections may waive the right to appeal the District Court's order. (Id.) However, to date, no objections have been filed.

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley
2  United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review
3  of the case.  Having carefully reviewed the entire file, the Court finds that the findings and
4  recommendation are supported by the record and by proper analysis.
5        Accordingly, **IT IS HEREBY ORDERED**:
6    1.   The Findings and Recommendations filed April 27, 2012 (Doc. 37), are
7         **ADOPTED IN FULL**;
8    2.   Defendant's answer is **STRICKEN**; and
9    3.   Plaintiff **SHALL** file its motion for default judgment within 45 days of the date of
10        service of this Order.
11       IT IS SO ORDERED.
12  **Dated:   May 16, 2012**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE