IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUAN MANUEL VELOZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00761 LJO JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATION GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT<br><br>(Doc. 41) |

J & J Sports Productions, Inc. ("Plaintiff") seeks the entry of default judgment against defendants Juan Manuel Veloz and Maria Angelica Veloz, individually and doing business as El Burrito Veloz Restaurant ("Defendants"). (Doc. 39). Defendants did not oppose Plaintiff's application. On August 15, 2012, the Magistrate Judge recommended that Plaintiff's application for default judgment be granted in part and denied in part. (Doc. 41).

The Magistrate Judge found that application of the factors set forth by the Ninth Circuit in Eitel v. McCool for the entry of default judgment weighed in favor of default judgment. (Doc. 41 at 4-8). Because Plaintiff established the elements of a violation of the Communications Act and the tort of conversion, Plaintiff was entitled to damages based upon Defendant's act of signal piracy. Id. at 8. Evaluating the facts of the case, the Magistrate Judge found $6,000 was an appropriate award in statutory damages, but declined to recommend enhanced damages. Id. at 10-12. However, Plaintiff was entitled to damages for conversion in the amount of $2,800. Id. at 12.

Although Plaintiff was granted 14 days from August 15, 2012, or until August 29, 2012, to file objections to the Magistrate's Findings and Recommendations, the Plaintiff did not do so. Notably, Plaintiff was informed that failure to file objections within the specified time may waive the right to appeal the District Court's order. (Doc. 41 at 13-14) (citing <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991)).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations filed August 15, 2012 (Doc. 41), are **ADOPTED IN FULL**;
2. Plaintiff's request for the entry of default judgment against Defendants **is GRANTED IN PART AND DENIED IN PART** as follows:
    A. Plaintiff's request for statutory damages for the violation of the Communications Act is **GRANTED** in the amount of $6,000;
    B. Plaintiff's request for enhanced damages is **DENIED**;
    C. Plaintiff's request for damages for the tort of conversion is **GRANTED** in the amount of $2,800; and
3. Plaintiff **SHALL** file its application for attorney's fees pursuant to 47 U.S.C. 605 no later than fourteen days from the entry of judgment.

Moreover, this Court VACATES the September 11, 2012 pretrial conference and October 30, 2012 trial.

IT IS SO ORDERED.

**Dated:   September 4, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE