# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, | CASE NO. CV F 10-0761 LJO JLT |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| JUAN MANUEL VELOZ, et al. | |
| Defendants. | |

Given entry of judgment and the absence of further matters before this Court, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   September 25, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE