# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, | CASE NO. CV F 10-0761 LJO JLT |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| JUAN MANUEL VELOZ, et al. | |
| Defendants. | |

_____/

    Given entry of judgment and the absence of further matters before this Court, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:**   **September 25, 2012**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1